IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL JUSTIN PARKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-17-1207-M |
| ) | |
| GUTHRIE POLICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On March 26, 2018, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, challenging plaintiff's arrest by defendant. The Magistrate Judge recommended that plaintiff's federal claims be dismissed without prejudice for failure to state a claim upon which relief may be granted and that this Court decline to exercise jurisdiction over plaintiff's supplemental state-law claims. Plaintiff was advised of his right to object to the Report and Recommendation by April 16, 2018. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate Judge on March 26, 2018;

(2) DISMISSES plaintiff's federal claims without prejudice for failure to state a claim upon which relief may be granted[1], and

(3) DECLINES to exercise jurisdiction over plaintiff's supplemental state-law claims.

**IT IS SO ORDERED this 26th day of April, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] This dismissal qualifies as a prior-occasion "strike" under 28 U.S.C. § 1915(g).